UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership<br><br>-v-<br><br>ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation | Plaintiff,<br><br>08 CV 02968<br>Case No._____<br><br>**Rule 7.1 Statement**<br><br>Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RoundTable Healthcare Partners, L.P.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

RoundTable Healthcare Partners, L.P. does not have any publicly held corporate parents, affiliates or subsidiaries.

**Date:** March 21, 2008

Signature of Attorney

**Attorney Bar Code:** JM-7053