AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership,

                Plaintiff,

      v.

ANGIOTECH PHARMACEUTICALS (U.S.),
INC., a Washington Corporation

                Defendant.

**APPEARANCE**

Case Number: 08 CV 02968

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RoundTable Healthcare Partners, L.P.

I certify that I am admitted to practice in this court.

Date: 3/21/08

Signature: /s/ Jason T. Mogel

Jason T. Mogel        JM-7053
Print Name        Bar Number

Spears & Imes LLP
51 Madison Avenue
Address

New York     NY     10010
City     State     Zip Code

(212) 213-6996     (212) 213-0849
Phone Number     Fax Number