AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership

V.

ANGIOTECH PHARMACEUTICALS (U.S.), INC.,
a Washington Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 02968

TO: (Name and address of Defendant)

Angiotech Pharmaceuticals (U.S.), Inc.
P.O. Box 2840
101 West North Bend Way, Suite 201
North Bend, WA 98045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason Mogel
Linda Imes
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                               MAR 21 2008

CLERK                                                DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>3/28/2008 |
| NAME OF SERVER *(PRINT)*<br>Ariel Applebaum-Bauch | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Served by Federal Express on Angiotech Pharmaceuticals (U.S.) Inc., Angiotech Pharmaceuticals, Inc., and counsel for Angiotech Pharmaceuticals (U.S.) Inc., pursuant to Section 11.6 of the Stock Purchase Agreement entered between Plaintiff and Defendant and attached to Complaint as Exhibit A.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>$0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/28/2008    *(signature)* Ariel Applebaum-Bauch
              Date                               *Signature of Server*

                         51 Madison Avenue, New York, NY 10010
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.