UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,    :
L.P., a Delaware Limited Partnership              :     **MOTION TO ADMIT**
                                                                 :     **COUNSEL F. THOMAS**
                                    Plaintiff,           :     **HECHT PRO HAC VICE**
          - against -                                    :
                                                                 :     08-CV-02968 (MGC)
ANGIOTECH PHARMACEUTICALS (U.S.),    :
INC., a Washington Corporation                :
                                                                 :
                                    Defendant.       :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Jason Mogel, a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission

pro hac vice of

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602-4224
Telephone:     (312) 977-4322
Facsimile:      (312) 977-4405

F. Thomas Hecht is a member in good standing of the Bar of the States of Illinois

and Colorado. Certificates of good standing from the Bar of the States of Illinois and

Colorado are attached as Exhibit A to this motion. There are no pending disciplinary

proceedings against F. Thomas Hecht in any State or Federal court.

This motion is supported by the Affidavit of Jason Mogel filed with this motion.

Date: March 28, 2008       ROUNDTABLE HEALTHCARE PARTNERS, L.P.
New York, NY

By: _____/s/ Jason Mogel_____

Jason Mogel
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone:   (212) 213-6996
Facsimile:   (212) 213-0849
JMogel@spearsimes.com

2

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Motion to Admit Counsel F. Thomas Hecht Pro Hac Vice upon the following via Federal Express:

Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**

Dated: March 28, 2008
     New York, New York

*Ariel Applebaum-Bauch*
Ariel Applebaum-Bauch

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Frank Thomas Hecht

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 22, 1975 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, March 20, 2008.

*Juleann Hornyak*

Clerk



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__FRANK THOMAS HECHT__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___19th___ day of ___June___ A. D. __1991__ and that at the date hereof the said ___FRANK THOMAS HECHT___ is in good standing at this Bar. Attorney is inactive commencing 12/01/1997

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __21st__ day of __March__ A. D. __2008__

*Susan J. Festag*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership | **AFFIDAVIT OF JASON MOGEL IN SUPPORT OF MOTION TO ADMIT COUNSEL F. THOMAS HECHT PRO HAC VICE** |
| Plaintiff, | |
| - against - | |
| ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation | 08-CV-02968 (MGC) |
| Defendant. | |

------------------------------------------------------------x

State of New York   )
                    ) ss:
County of New York  )

Jason Mogel, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Spears & Imes LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit F. Thomas Hecht as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known F. Thomas Hecht since March 2008.

4. Mr. Hecht is a partner at Ungaretti & Harris LLP in Chicago, Illinois.

5. I have found Mr. Hecht to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of F. Thomas Hecht, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of F. Thomas Hecht, pro hac vice, which is included with the motion to admit counsel pro hac vice.

WHEREFORE it is respectfully requested that the motion to admit F. Thomas Hecht, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Jason Mogel  JM-7053
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone:  (212) 213-6996
Facsimile:  (212) 213-0849


Sworn to before me this
28th day of March, 2008 at New York, NY


_____
Notary Public

ARIEL APPLEBAUM-BAUCH
NOTARY PUBLIC, State of New York
No. 01AP6155786
Qualified in New York County
Commission Expires Nov. 20, 2010

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Affidavit in Support of Motion to Admit Counsel F. Thomas Hecht Pro Hac Vice upon the following via Federal Express:

Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**

Dated: March 28, 2008
        New York, New York

                                              Ariel Applebaum-Bauch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Plaintiff, | |
| - against - | |
| ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation | 08-CV-02968 (MGC) |
| Defendant. | |

------------------------------------------------------------x

Upon the motion of Jason Mogel, attorney for RoundTable Healthcare Partners, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602-4224
Telephone:  (312) 977-4322
Facsimile:  (312) 977-4405
fthecht@uhlaw.com

is admitted to practice pro hac vice as counsel for RoundTable Healthcare Partners, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
New York, NY

_____
United States District Judge