UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership

                      Plaintiff,

  - against -

ANGIOTECH PHARMACEUTICALS (U.S.),
INC., a Washington Corporation

                     Defendant.
------------------------------------------------------------x

**MOTION TO ADMIT COUNSEL JACOB MIHM PRO HAC VICE**

08-CV-02968 (MGC)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Mogel, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Jacob Mihm
    Ungaretti & Harris LLP
    3500 Three First National Plaza
    Chicago, IL 60602-4224
    Telephone:   (312) 977-4148
    Facsimile:    (312) 977-4405

Jacob Mihm is a member in good standing of the Bar of the State of Illinois. A certificate of good standing from the Bar of the State of Illinois is attached as Exhibit A to this motion. There are no pending disciplinary proceedings against Jacob Mihm in any State or Federal court.

    This motion is supported by the Affidavit of Jason Mogel filed with this motion.

Date: March 28, 2008  
New York, NY

ROUNDTABLE HEALTHCARE PARTNERS, L.P.

By: *[signature: Jason Mogel]*

Jason Mogel  
Spears & Imes LLP  
51 Madison Avenue  
New York, NY 10010  
Telephone:   (212) 213-6996  
Facsimile:   (212) 213-0849  
JMogel@spearsimes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Motion to Admit Counsel Jacob Mihm Pro Hac Vice upon the following via Federal Express:

Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**

Dated: March 28, 2008
New York, New York

*Ariel Applebaum-Bauch*
Ariel Applebaum-Bauch

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jacob Michael Mihm

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, March 20, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership

                        Plaintiff,

- against -

ANGIOTECH PHARMACEUTICALS (U.S.),
INC., a Washington Corporation

                        Defendant.
-------------------------------------------------------------x

**AFFIDAVIT OF JASON MOGEL IN SUPPORT OF MOTION TO ADMIT COUNSEL JACOB MIHM <u>PRO HAC VICE</u>**

08-CV-02968 (MGC)

State of New York  )
                        ) ss:
County of New York )

Jason Mogel, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Spears & Imes LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jacob Mihm as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jacob Mihm since March 2008.

4. Mr. Mihm is a partner at Ungaretti & Harris LLP in Chicago, Illinois.

5. I have found Mr. Mihm to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jacob Mihm, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Jacob Mihm, pro hac vice, which is included with the motion to admit counsel pro hac vice.

WHEREFORE it is respectfully requested that the motion to admit Jacob Mihm, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

*[signature]*

Jason Mogel  JM-7053
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone:    (212) 213-6996
Facsimile:     (212) 213-0849

Sworn to before me this
28th day of March, 2008 at New York, NY

*[signature: Ariel Applebaum-Bauch]*
Notary Public

ARIEL APPLEBAUM-BAUCH
NOTARY PUBLIC, State of New York
No. 01AP6155786
Qualified in New York County
Commission Expires Nov. 20, 2010

2

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Affidavit in Support of Motion to Admit Counsel Jacob Mihm Pro Hac Vice upon the following via Federal Express:


Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**


Dated: March 28, 2008
     New York, New York

*/s/ Ariel Applebaum-Bauch*
Ariel Applebaum-Bauch

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership | **ORDER FOR ADMISSION PRO HAC VICE ON WRITEN MOTION** |
| Plaintiff, | |
| - against - | |
| ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation | 08-CV-02968 (MGC) |
| Defendant. | |

----------------------------------------------------------------x

Upon the motion of Jason Mogel, attorney for RoundTable Healthcare Partners, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jacob Mihm
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602-4224
Telephone:   (312) 977-4148
Facsimile:    (312) 977-4405
jmmihm@uhlaw.com

is admitted to practice pro hac vice as counsel for RoundTable Healthcare Partners, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
New York, NY

_____
United States District Judge