UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership         :      **MOTION TO ADMIT**
                                             :      **COUNSEL AMY GARDNER**
                    Plaintiff,               :      <u>**PRO HAC VICE**</u>
     - against -                             :
                                             :      08-CV-02968 (MGC)
ANGIOTECH PHARMACEUTICALS (U.S.), :
INC., a Washington Corporation               :
                                             :
                    Defendant.               :
------------------------------------------------------------x

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Mogel, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Amy Gardner
    Ungaretti & Harris LLP
    3500 Three First National Plaza
    Chicago, IL 60602-4224
    Telephone:   (312) 977-4370
    Facsimile:   (312) 977-4405

    Amy Gardner is a member in good standing of the Bar of the States of Illinois and Minnesota. Certificates of good standing from the Bar of the States of Illinois and Minnesota are attached as Exhibit A to this motion. There are no pending disciplinary proceedings against Amy Gardner in any State or Federal court.

    This motion is supported by the Affidavit of Jason Mogel filed with this motion.

Date: March 28, 2008  ROUNDTABLE HEALTHCARE PARTNERS, L.P.
New York, NY

By: _____/s/ Jason Mogel_____

Jason Mogel
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone:  (212) 213-6996
Facsimile:  (212) 213-0849
JMogel@spearsimes.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Motion to Admit Counsel Amy Gardner Pro Hac Vice upon the following via Federal Express:


Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**


Dated: March 28, 2008
  New York, New York

                    Ariel Applebaum-Bauch

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Amy Marla Gardner

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, March 20, 2008.

*Juleann Hornyak*
Clerk

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

AMY MARLA GARDNER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 19, 2005

Given under my hand and seal of this court on

March 25, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,  :
L.P., a Delaware Limited Partnership         :      **AFFIDAVIT OF JASON**
                                                                           :      **MOGEL IN SUPPORT OF**
                    Plaintiff,                         :      **MOTION TO ADMIT**
     - against -                                      :      **COUNSEL AMY GARDNER**
                                                                           :      **PRO HAC VICE**
ANGIOTECH PHARMACEUTICALS (U.S.),  :
INC., a Washington Corporation         :
                                                                           :      08-CV-02968 (MGC)
                    Defendant.                    :
------------------------------------------------------------x

State of New York   )
                                 )  ss:
County of New York )

Jason Mogel, being duly sworn, hereby deposes and says as follows:

1.   I am a partner at Spears & Imes LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Amy Gardner as counsel pro hac vice to represent Plaintiff in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Amy Gardner since March 2008.

4.   Ms. Gardner is an associate at Ungaretti & Harris LLP in Chicago, Illinois.

5.   I have found Ms. Gardner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Amy Gardner, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Amy Gardner, pro hac vice, which is included with the motion to admit counsel pro hac vice. WHEREFORE it is respectfully requested that the motion to admit Amy Gardner, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Jason Mogel  JM-7053
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone:    (212) 213-6996
Facsimile:     (212) 213-0849

Sworn to before me this
28th day of March, 2008 at New York, NY

_____
Notary Public

ARIEL APPLEBAUM-BAUCH
NOTARY PUBLIC, State of New York
No. 01AP6155786
Qualified in New York County
Commission Expires Nov. 20, 2010

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of March 2008 I caused to be served a true and correct copy of the foregoing Affidavit in Support of Motion to Admit Counsel Amy Gardner Pro Hac Vice upon the following via Federal Express:


Warren J. Rheaume, Esq.
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098
(206) 389-4226
**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**


Dated: March 28, 2008
   New York, New York

                   Ariel Applebaum-Bauch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership         :   **ORDER FOR ADMISSION**
                                             :   **PRO HAC VICE ON**
                    Plaintiff,               :   **WRITTEN MOTION**
       - against -                           :
                                             :
ANGIOTECH PHARMACEUTICALS (U.S.),            :   08-CV-02968 (MGC)
INC., a Washington Corporation               :
                                             :
                    Defendant.               :
------------------------------------------------------------x

Upon the motion of Jason Mogel, attorney for RoundTable Healthcare Partners, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Amy Gardner
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602-4224
Telephone:    (312) 977-4370
Facsimile:    (312) 977-4405
amgardner@uhlaw.com

is admitted to practice pro hac vice as counsel for RoundTable Healthcare Partners, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
New York, NY

_____
United States District Judge