UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership,<br><br>                      Plaintiff,<br><br>v.<br><br>ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation,<br><br>                      Defendant. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1**<br><br>Civil Action No.: 08-CV-02968 (MGC)<br><br>Filed Electronically |

       Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Defendant Angiotech Pharmaceuticals (U.S.), Inc. states that its ultimate parent company is Angiotech Pharmaceuticals, Inc., a corporation organized under the laws of British Columbia, Canada. Other than Angiotech Pharmaceuticals, Inc., no publicly held corporation owns or controls, directly or indirectly, any of the stock of Angiotech Pharmaceuticals (U.S.), Inc.

| | |
|---|---|
| DATED: April 17, 2008<br>New York, NY | Respectfully submitted,<br><br>HELLER EHRMAN LLP<br><br><br>By   s/ Chelsea J. Walsh<br>    Chelsea J. Walsh (CW 1489)<br>    Heller Ehrman LLP<br>    Times Square Tower<br>    7 Times Square<br>    New York, NY  10036-6524<br>    Tel:   (212) 832-8300<br>    Fax:   (212) 763-7600<br>    chelsea.walsh@hellerehrman.com<br><br>    Warren J. Rheaume<br>    (*Pro Hac Vice Motion Filed On This Date*)<br>    Malaika M. Eaton<br>    (*Pro Hac Vice Motion Filed On This Date*)<br>    Heller Ehrman LLP<br>    701 Fifth Ave., Suite 6100<br>    Seattle, Wa  98104-7098<br>    Tel:  (206) 447-0900<br>    Fax: (206) 447-0849<br><br>    Attorneys for Defendant<br>    Angiotech Pharmaceuticals (U.S.), Inc. |

SE 2248204