UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership, :
:
                            Plaintiff, : **CERTIFICATE OF SERVICE**
:
v. : Civil Action No.: 08-CV-02968
:
ANGIOTECH PHARMACEUTICALS (U.S.), : Filed Electronically
INC., a Washington Corporation, :
:
                           Defendant. :

---

I, Richard Rodriguez, hereby certify and declare under penalty of perjury under the laws of the State of New York as follows:

That I am an employee of Heller Ehrman LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524; that on April 17, 2008, I caused the Answer and Counterclaims, Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, and Certificate of Service to be served by federal express mail on the following counsel of record:

F. Thomas Hecht
Jacob M. Mihm
Amy M. Gardner
Ungaretti & Harris, LLP
3500 Three First National Plaza
Chicago, IL  60602

Counsel for Plaintiff Roundtable Healthcare Partners, L.P.

Dated: April 17, 2008
New York, NY

                                                                _____
                                                                 Richard Rodriguez

SE 2248861 v1