```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership

       Plaintiff,

- against -

ANGIOTECH PHARMACEUTICALS (U.S.),
INC., a Washington Corporation

       Defendant.
---------------------------------------------------------------x

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITEN MOTION**

08-CV-02968 (MGC)

Upon the motion of Jason Mogel, attorney for RoundTable Healthcare Partners, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

 Jacob Mihm
 Ungaretti & Harris LLP
 3500 Three First National Plaza
 Chicago, IL 60602-4224
 Telephone: (312) 977-4148
 Facsimile: (312) 977-4405
 jmmihm@uhlaw.com

is admitted to practice pro hac vice as counsel for RoundTable Healthcare Partners, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 17, 2008
New York, NY

               _____
               United States District Judge