```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROUNDTABLE HEALTHCARE PARTNERS,
L.P., a Delaware Limited Partnership

                      Plaintiff,

- against -

ANGIOTECH PHARMACEUTICALS (U.S.),
INC., a Washington Corporation

                      Defendant.
------------------------------------------------------------x

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

08-CV-02968 (MGC)

Upon the motion of Jason Mogel, attorney for RoundTable Healthcare Partners, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

F. Thomas Hecht
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602-4224
Telephone:   (312) 977-4322
Facsimile:   (312) 977-4405
fthecht@uhlaw.com

is admitted to practice pro hac vice as counsel for RoundTable Healthcare Partners, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 17, 2008
New York, NY

_____
United States District Judge