UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership,

                  Plaintiff,

v.

ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation,

                  Defendant.

**MOTION TO ADMIT MALAIKA M. EATON PRO HAC VICE**

Civil Action No.: 08-CV-02968 (MGC)

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Chelsea Walsh, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Malaika M. Eaton
Heller Ehrman LLP
701 Fifth Ave., Suite 6100
Seattle, WA  98104
Telephone:  (206) 447-0900
Fax:  (206) 447-0849
Email:  malaika.eaton@hellerehrman.com

Malaika M. Eaton is a member in good standing of the Bar of the State of Washington.  A certificate of good standing from the Bar of the State of Washington is attached hereto as Exhibit A.  There are no pending disciplinary proceedings against Malaika M. Eaton in any State or Federal court.

Dated: April 17, 2008  
New York, NY

Respectfully submitted,

HELLER EHRMAN LLP

By _____
Chelsea J. Walsh

SDNY Bar Code: CW 1489  
Heller Ehrman LLP  
Times Square Tower  
7 Times Square  
New York, NY  10036-6524  
Tel:  (212) 832-8300  
Fax:  (212) 763-7600  
chelsea.walsh@hellerehrman.com

Attorneys for Defendant  
Angiotech Pharmaceuticals (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership, :
:
                                  Plaintiff, :  **AFFIDAVIT OF CHELSEA WALSH IN SUPPORT OF MOTION TO ADMIT MALAIKA M. EATON PRO HAC VICE**
v. :
:
ANGIOTECH PHARMACEUTICALS (U.S.), :  Civil Action No.: 08-CV-02968 (MGC)
INC., a Washington Corporation, :
:
                                Defendant. :

---

State of New York    )
                        ) ss:
County of New York  )

Chelsea Walsh, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Heller Ehrman LLP, counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Motion to Admit Malaika M. Eaton as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Malaika M. Eaton since 2007.

4. Ms. Eaton is an attorney at Heller Ehrman LLP.

5. I have found Ms. Eaton to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Malaika M. Eaton pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Ms. Eaton pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Malaika M. Eaton pro hac vice to represent Defendant in the above-captioned matter be granted.

Dated: April 17, 2008  
New York, NY

Respectfully submitted,

HELLER EHRMAN LLP

By /s/ Chelsea J. Walsh
Chelsea J. Walsh

SDNY Bar Code: CW 1489  
Heller Ehrman LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6524  
Tel:  (212) 832-8300  
Fax:  (212) 763-7600  
chelsea.walsh@hellerehrman.com

Attorneys for Defendant  
Angiotech Pharmaceuticals (U.S.), Inc.

Sworn to before me this  
7th day of April, 2008 at New York, NY

_____
Notary Public

SUZANNE CHALPIN ALENICK  
Notary Public, State of New York  
No. 31-4920942  
Qualified in New York County  
Commission Expires 1/26/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership,  :
                                        :
                            Plaintiff,  :   **ORDER FOR ADMISSION OF**
                                        :   **MALAIKA M. EATON PRO HAC**
        v.                              :   **VICE ON WRITTEN MOTION**
                                        :
ANGIOTECH PHARMACEUTICALS (U.S.),  :   Civil Action No.: 08-CV-02968 (MGC)
INC., a Washington Corporation,        :
                                        :
                            Defendant.  :
                                        :

---

Upon the motion of Chelsea Walsh, attorney for Angiotech Pharmaceuticals (U.S.), Inc., and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Malaika M. Eaton
Heller Ehrman LLP
701 Fifth Ave., Suite 6100
Seattle, WA  98104
Telephone:  (206) 447-0900
Fax:  (206) 447-0849
mail:  malaika.eaton@hellerehrman.com

is admitted to practice as counsel for Angiotech Pharmaceuticals (U.S.), Inc. in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  This action is assigned to the Electronic Case Filing System (ECF) system, and counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____              SO ORDERED
New York, New York


                                    _____
                                    United States District/Magistrate Judge

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 32837 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| MALAIKA MARIE EATON | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

MALAIKA MARIE EATON

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 5, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of April, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

## **CERTIFICATE OF SERVICE**

      I am not a party to this action and I am over the age of eighteen. I hereby certify that on the 17th day of April, 2008, I caused to be served a true and correct copy of the foregoing (1) Motion to Admit Warren J. Rheaume *Pro Hac Vice*, (2) Affidavit of Chelsea Walsh in Support of Motion to Admit Warren J. Rheaume *Pro Hac Vice* with Certificate of Good Standing attached, and (3) Proposed Order for Admission *Pro Hac Vice* on Written Motion upon the following counsel by e-mail and federal express:

    Jason T. Mogel
    Linda C. Imes
    Spears & Imes LLP
    51 Madison Avenue
    New York, NY 10010

    F. Thomas Hecht
    Jacob M. Mihm
    Amy M. Gardner
    Ungaretti & Harris, LLP
    3500 Three First National Plaza
    Chicago, IL 60602

    Counsel for Plaintiff Roundtable Healthcare Partners, L.P.

Dated: April 17, 2008
       New York, NY

                                                    _____
                                                    Richard Rodriguez