UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership,       :
                                            :
                         Plaintiff,         :   **ORDER FOR ADMISSION OF**
                                            :   **WARREN J. RHEAUME PRO HAC**
v.                                          :   **VICE ON WRITTEN MOTION**
                                            :
ANGIOTECH PHARMACEUTICALS (U.S.), :             Civil Action No.: 08-CV-02968 (MGC)
INC., a Washington Corporation,             :
                                            :
                         Defendant.         :
                                            :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Upon the motion of Chelsea Walsh, attorney for Angiotech Pharmaceuticals (U.S.), Inc., and said sponsor's affidavit in support;

**IT IS HEREBY ORDERED** that

Warren J. Rheaume
Heller Ehrman LLP
701 Fifth Ave., Suite 6100
Seattle, WA 98104
Telephone: (206) 447-0900
Fax: (206) 447-0849
Email: warren.rheaume@hellerehrman.com

is admitted to practice as counsel for Angiotech Pharmaceuticals (U.S.), Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing System (ECF) system, and counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 29, 2008           SO ORDERED
New York, New York

                                S/ _____
                                   United States District ~~Magistrate~~ Judge