UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, :
L.P., a Delaware Limited Partnership, :
:
            Plaintiff, : **CERTIFICATE OF SERVICE**
:
v. : Civil Action No.: 08-CV-02968 (MGC)
:
ANGIOTECH PHARMACEUTICALS (U.S.), : Filed Electronically
INC., a Washington Corporation, :
:
            Defendant. :
:

---

I hereby certify that on the 8th day of May 2008, I caused to be served a copy of Plaintiff RoundTable Healthcare Partners, L.P.'s Answer to Counterclaims upon the following counsel of record via Federal Express:

Chelsea J. Walsh
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

Warren J. Rheaume
Malaika M. Eaton
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7098

**Counsel for Defendant Angiotech Pharmaceuticals (U.S.), Inc.**

*Ariel Applebaum-Bauch*
Ariel Applebaum-Bauch