UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ANGIOTECH PHARMACEUTICALS (U.S.), INC., : <br> : <br> Defendant. : | **NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY** <br><br> Civil Action No.: 08-CV-02968 (MGC) <br><br> Filed Electronically |

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that Andrew Levine of Heller Ehrman LLP, a member in good standing of this Court, hereby appears on behalf of Defendant Angiotech Pharmaceuticals (U.S.), Inc. in the above-captioned proceeding, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

    PLEASE TAKE FURTHER NOTICE that Andrew Levine is hereby substituted for Chelsea J. Walsh, and Ms. Walsh withdraws as attorney for Angiotech Pharmaceuticals (U.S.), Inc. Ms. Walsh is no longer affiliated with Heller Ehrman LLP. Heller Ehrman LLP remains as counsel for Angiotech Pharmaceuticals (U.S.), Inc.

Dated: New York, New York
June 27, 2008

        HELLER EHRMAN LLP

        By: /s/Andrew Levine
           Andrew Levine (AL 3552)
           andrew.levine@hellerehrman.com
           Times Square Tower
           7 Times Square
           New York, New York  10036
           Telephone:  (212) 832-8300
           Facsimile:   (212) 763-7600

*Attorneys for Defendant Angiotech Pharmaceuticals (U.S.), Inc.*