UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROUNDTABLE HEALTHCARE PARTNERS, L.P., a Delaware Limited Partnership,<br><br>           Plaintiff,<br><br>  v.<br><br>ANGIOTECH PHARMACEUTICALS (U.S.), INC., a Washington Corporation,<br><br>           Defendant. | **NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Civil Action No.: 08-CV-02968 (MGC)<br><br>Filed Electronically |

  **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law of Defendant Angiotech Pharmaceuticals (U.S.), Inc. in Support of Defendant's Motion for Partial Judgment on the Pleadings, and the pleadings herein, Defendant Angiotech Pharmaceuticals (U.S.), Inc., will move this Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, on Thursday, July 31, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing with prejudice certain portions of Counts I and II of the Complaint, and for such other relief as the Court deems proper and just.

  Pursuant to 3.C of the Individual Practices and Procedures of Judge Cedarbaum, Plaintiff RoundTable Healthcare Partners, L.P.'s answering papers must be received by Angiotech by noon on Wednesday, July 23, 2008.

DATED: July 9, 2008    Respectfully submitted,
       New York, NY

    HELLER EHRMAN LLP

    By    /s/ Warren S. Rheaume
        Warren J. Rheaume (*pro hac vice*)
        warren.rheaume@hellerehrman.com
        Malaika M. Eaton (*pro hac vice*)
        malaika.eaton@hellerhrman.com
        Heller Ehrman LLP
        701 Fifth Ave., Suite 6100
        Seattle, WA  98104-7098
        Tel:  (206) 447-0900
        Fax:  (206) 447-0849

        Andrew Levine (AL 3552)
        andrew.levine@hellerehrman.com
        Heller Ehrman LLP
        Times Square Tower
        7 Times Square
        New York, NY  10036-6524
        Tel:     (212) 832-8300
        Fax:    (212) 763-7600

    *Attorneys for Defendant*
    *Angiotech Pharmaceuticals (U.S.), Inc*.