UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROUNDTABLE HEALTHCARE PARTNERS, L.P.,

                      Plaintiff,

v.

ANGIOTECH PHARMACEUTICALS (U.S.), INC.,

                      Defendant.

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Civil Action No.: 08-CV-02968 (MGC)

ECF Case

---

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that Sara K. Pildis of Heller Ehrman LLP, a member in good standing of this Court, hereby appears on behalf of defendant Angiotech Pharmaceuticals (U.S.) Inc. in the above-captioned proceeding, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

    PLEASE TAKE FURTHER NOTICE that Ms. Pildis is hereby substituted for Andrew Levine, and Mr. Levine withdraws as attorney for Angiotech Pharmaceuticals (U.S.) Inc. Mr. Levine is no longer affiliated with Heller Ehrman LLP. Heller Ehrman LLP remains as counsel for Angiotech Pharmaceuticals (U.S.) Inc.

Dated: New York, New York
      August 4, 2008

                                    HELLER EHRMAN LLP

                                    By: /s/ Sara K. Pildis
                                        Sara K. Pildis (SP 9142)
                                        sara.pildis@hellerehrman.com
                                        Times Square Tower
                                        7 Times Square
                                        New York, New York  10036
                                        Telephone:  (212) 832-8300
                                        Facsimile:   (212) 763-7600

                                *Attorneys for Defendant Angiotech*
                                *Pharmaceuticals (U.S.) Inc.*